**No. 10-7095. Whitney Batiste, Petitioner v. Burl Cain, Warden.**

562 U.S. 1145, 131 S. Ct. 917, 178 L. Ed. 2d 766, 2011 U.S. LEXIS 585.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7103. Cary Michael Lambrix, Petitioner v. Florida.**

562 U.S. 1145, 131 S. Ct. 917, 178 L. Ed. 2d 766, 2011 U.S. LEXIS 544.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 39 So. 3d 260.

**No. 10-7104. Emmanuel Fitzgerald Hammond, Petitioner v. Stephen Upton, Warden.**

562 U.S. 1145, 131 S. Ct. 917, 178 L. Ed. 2d 766, 2011 U.S. LEXIS 138.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 586 F.3d 1289.

**No. 10-7105. Ruth Ellen Stoever, Petitioner v. Tech USA, et al.**

562 U.S. 1145, 131 S. Ct. 917, 178 L. Ed. 2d 766, 2011 U.S. LEXIS 201, 

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 386 Fed. Appx. 492.

**No. 10-7107. Moises E. Bure, Petitioner v. Bill McCollum, Attorney General of Florida, et al.**

562 U.S. 1145, 131 S. Ct. 918, 178 L. Ed. 2d 766, 2011 U.S. LEXIS 413.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7111. Jason Eric Sonntag, Petitioner v. Rhonda Clifton, et al.**

562 U.S. 1145, 131 S. Ct. 918, 178 L. Ed. 2d 766, 2011 U.S. LEXIS 523.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7113. Frank Rivera, Petitioner v. Pennsylvania Department of Corrections, et al.**

562 U.S. 1145, 131 S. Ct. 978, 178 L. Ed. 2d 766, 2011 U.S. LEXIS 136.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 388 Fed. Appx. 107.